**DISMISS and Opinion Filed June 4, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00359-CV**

**JRS GLOBAL, INC., Appellant**
**V.**
**KATERS, INC., Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-06878**

## MEMORANDUM OPINION
Before Justices Schenck, Osborne, and Reichek
Opinion by Justice Reichek

Before the Court is appellant's May 28, 2019 agreed motion for voluntary dismissal. In the motion, appellant states the parties have resolved their differences and agree the appeal should be dismissed. We grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

190359F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

JRS GLOBAL, INC., Appellant

No. 05-19-00359-CV      V.

KATERS, INC., Appellee

On Appeal from the 101st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-17-06878.
Opinion delivered by Justice Reichek,
Justices Schenck and Osborne participating.

In accordance with this Court's opinion of this date, we **DISMISS** this appeal.

We **ORDER** that each party bear its own costs of this appeal.

Judgment entered June 4, 2019